# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3466
_____

N.A.B. (B.T.), Father of S.F.B.,
B-O.W.M.T., E.Y-T.A.B., Minor
Children,

 Appellant,

 v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

 Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark Jr., Judge.

September 12, 2022

PER CURIAM.

 AFFIRMED.

ROWE, C.J., and B.L. THOMAS and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

N.A.B. (B.T.), pro se, Appellant.

Michael Sasser, Department of Children and Families, Panama City; Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Sarah J. Rumph, Children's Legal Services, Tallahassee; Christopher D. Butler, Guardian ad Litem, Panama City, and Sara Goldfarb and Amanda Glass, Guardian ad Litem, Tallahassee for Appellee.